Michael TRICE, Movant/Appellant,

v.

STATE of Missouri,
Respondent/Respondent.

No. 71383.

Missouri Court of Appeals,
Eastern District,
Division Six.

Aug. 12, 1997.

Dave Hemingway, Asst. Sp. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Assistant Attorney General, Jefferson City, for respondent/respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Movant appeals the denial, without an evidentiary hearing, of his Rule 24.035 motion for post-conviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

IN THE INTEREST OF C.M.

No. 71640.

Missouri Court of Appeals,
Eastern District,
Division Six.

Aug. 12, 1997.

Gregory D. O'Shea, St. Louis, for appellant.

Theodore R. Allen, Jr., Hillsboro, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

*ORDER*

PER CURIAM.

Mother of C.M., born August 3, 1985, appeals the trial court's judgment terminating her parental rights. We affirm. The judgment of the court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).